**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

UNITED STATES OF AMERICA                    CRIMINAL ACTION NO. 25-00328-01

VERSUS                                                   JUDGE S. MAURICE HICKS, JR.

THADDAEUS W PAUL                              MAGISTRATE JUDGE AYO

**ORDER**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant, Thaddaeus W. Paul, and adjudges him guilty of the offense charged in Count 1 of the Indictment against him.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 2nd day of April, 2026.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT